FILED

2007 Oct-01  PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | |
|---|---|
| **WILLIAM JEROME HENRY,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| **vs.** | ) **Case No.  6:06-cv-00822-RDP-HGD** |
| | ) |
| **CITY OF WINFIELD, ALABAMA,** | ) |
| | ) |
| **Defendant** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on April 11, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation , the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

**DONE** and **ORDERED** this ____1st_____ day of October, 2007.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

2